**IT IS SO ORDERED.**

**SIGNED THIS: March 9, 2026**

**Mary P. Gorman**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| LONGBONS ENTERPRISES, LTD., | ) | Case No. 25-70921 |
| | ) | |
| Debtor. | ) | [Subchapter V] |
| | ) | |
| LONGBONS ENTERPRISES, LTD., | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Adv. No. 26-7005 |
| | ) | |
| HEADWAY CAPITAL, LLC, | ) | |
| Defendant. | ) | |

**DISMISSAL OF ADVERSARY PROCEEDING**

**UPON** motion of the Debtor-Plaintiff, the above adversary proceeding is DISMISSED without prejudice.

# # #